CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUL 03 2018
JULIA C. DUDLEY, CLERK
BY: H McDonagl
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ADRIAN ROBINSON, ) | Civil Action No. 7:18-cv-00313 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | MEMORANDUM OPINION | |
| ) | | |
| UNKNOWN, ) | By: Hon. Jackson L. Kiser | |
| Defendant. ) | Senior United States District Judge | |

Adrian Robinson, a Virginia inmate proceeding pro se, commenced this civil action by no earlier than June 26, 2018. Upon a review of court records, it appears Plaintiff has had at least three non-habeas civil actions or appeals previously dismissed as frivolous, as malicious, or for failing to state a claim before filing this action. See Robinson v. United States Patent and Trademark Office, No. 1:15cv1272, slip op. at 3 (E.D. Va. Oct. 27, 2015) (dismissed with prejudice as frivolous); Robinson v. Obama, No. 1:11cv808, slip op. at 2-3 (E.D. Va. Aug. 3, 2011) (dismissed with prejudice as frivolous), appeal dismissed as frivolous, No. 11-7089 (4th Cir. Nov. 23, 2011); see also Coleman v. Tollefson, 135 S. Ct. 1759, 1763 (2015) (holding a "strike" dismissal is counted regardless to the timing of a subsequent appeal).

After reviewing Plaintiff's submissions in this civil action, it is clear that Plaintiff does not establish that he is currently under any imminent threat of any serious physical injury within the meaning of 28 U.S.C. § 1915(g). Accordingly, I dismiss the action without prejudice for Plaintiff's failure to pay the filing fee at the time of filing the complaint and dismiss all pending motions as moot. See, e.g., Dupree v. Palmer, 284 F.3d 1234, 1237 (11th Cir. 2002) (reasoning that the filing fee is due upon filing a civil action when in forma pauperis provisions do not apply

to plaintiff and that the court is not required to permit plaintiff an opportunity to pay the filing fee after recognizing plaintiff is ineligible to proceed in forma pauperis).

**ENTER**: This 3rd day of July, 2018.

_____
Senior United States District Judge