CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 03 2018

JULIA C. DUDLEY, CLERK
BY: /s/ H. McDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ADRIAN ROBINSON,<br>　　Plaintiff, | Civil Action No. 7:18-cv-00313 |
| v. | **ORDER** |
| UNKNOWN,<br>　　Defendant. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g); all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket.

ENTER: This 3rd day of July, 2018.

　　　　　　　　　　　　　　　　　/s/ Jackson L. Kiser
　　　　　　　　　　　　　　　　　Senior United States District Judge